# Exhibit 26

June 11, 2018

Steve, Allison -

As Director of Trading, it is my responsibility to run our Trading Department in the best interest of our firm and of our clients while abiding by the laws and regulations governing our industry.

When I raised concern of potential regulatory and compliance issues, I and my traders were asked to do and not do things that we were not comfortable with. During a meeting on June 8, 2018, Steve explained that a case had been built against me and that he and others at this firm (including Allison and Linda) wanted me dismissed. Steve explained that, despite my title, I am not a supervisor or a manager and do not have the authority to make the decision to halt the trading activity of Mike Fiorese and Chris Forney until they became licensed after passing the Series 7. Steve further said that because Linda is licensed with the Series 24, she has oversight of the Trading Department. I expressed to Steve that believed that this is response and retaliation for raising compliance and regulatory concerns.

I believe I have been stripped of my role and responsibility and marginalized and am no longer in the position to be able to fulfill the responsibilities of a Director of Trading. I believe that it is in both the firm's and my best interest that we part ways and, thus, I am formally submitting my resignation from the role.

I take great pride in the work that I do and want to maintain the highest level of professionalism in order to provide a smooth transition, void of issues and/or disruption. If agreed to, I am offering to stay employed and continue trading while Chris and Mike work to attain their trading licenses. Upon passing the Series 7, I will transition my responsibilities to both traders and exit the firm.

I would like to negotiate an exit package, outlined below:

- Severance until I secure a new job;
- Extension of my benefits until I secure a new job;
- Maintain my Series 7, 63 and 55 licenses until I secure a new job;
- Pay out for my unused PTO;
- Allow me to submit a formal resignation and for Cassaday and Company to maintain said resignation when filing with the authorities;
- A letter of recommendation to support that I resigned but am in good standing with the firm;
- Allow for my family's (Sue and Jim Iciek and Jim Tully) assets to transfer out of the firm without issue or recourse;

I take great pride in the work that I do and strive to maintain a level of respect and professionalism in all that I do. I am heartbroken that it has come down to this but believe that exiting the firm is in both of our best interests. I would like to keep things professional and part ways as amicably as possible; I appreciate any effort that we all can do to ensure a smooth, non-disruptive transition.

Respectfully yours,


Allison E. Tully