# Exhibit 27

Allison,

Here is what we would like to do.

1.   I accept your resignation but would appreciate a simple letter without commentary.  Your last day with us will be today.

2.   I will pay you 2 weeks of pay based on your trailing 12 months of compensation ~ $135,000 before tax and payroll deductions on the next pay cycle.  Anna will calculate the precise amount as soon as possible.

3.   You will also be paid on your accrued but unused PTO per company policy, (i.e. number of days based on your 2017 W2 compensation).

4.   You have the right to continue your health insurance per COBRA at your expense.  You will receive notice of these rights under separate cover.

5.   We cannot hold your licenses after you have terminated employment, but they remain in force for 2 years.

6.   You will return all of the firm's equipment and work product in your possession by Monday June 18th. We will arrange for pick-up.  You may keep any information concerning your benefits, performance reviews and the like.

7.   I am happy to continue to manage your parents and in law accounts if that is acceptable to all involved.   Otherwise we would, as always, act professionally to transfer them to another institution.

8.   We agree to keep the separation of our employment relationship 'professional.' This means that we have a mutually beneficial interest in preserving and protecting our livelihood.  I appreciate your stated concerns and will act honorably in this regard in the fashion I would want if our situations were reversed.  Accordingly, you will not disparage the company or any of our employees and in turn you have my promise that I will extend the same courtesy to you.  This would include, for both parties:

     a.  We will not discuss the nature of our disagreement with anyone other than close family members or corporate officers of Cassaday.
     b.  We will not make disparaging statements about each other.

CONFIDENTIAL                    C & C 000155

c.  We will not discuss the nature or reasons surrounding your departure.  If asked why your employment with Cassaday ended, we will both state that you resigned to seek new opportunities.

If these terms are acceptable, please sign below where indicated. Once I receive the signed letter back from you, I will draft a recommendation letter for you that I am sure you will be happy with.


_____                          _____

Allison E. Tully                                              Stephan Cassaday


_____                          _____

Date                                                          Date

CONFIDENTIAL

C & C 000156