AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Allison Tully | ) |
| v. | ) Case No.: 1:19-cv-01154-LO-JFA |
| Cassaday & Company, Inc. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  10/02/2020  against  Allison Tully  ,
                                                               *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ............................................... | 740.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 7,071.59 |
| Fees and disbursements for printing ..................................................... | |
| Fees for witnesses *(itemize on page two)* ................................................ | 120.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................. | |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................... | |
| Compensation of court-appointed experts ................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* .......................................................... | |
| TOTAL | $ 7,931.59 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

✔ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   /s/ Joseph E. Schuler

Name of Attorney:   Joseph E. Schuler (VA Bar No. 73997), Attorney for Defendant

For:   Cassaday & Company, Inc.                                Date:   10/16/2020
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Kristen Tischler<br>3974 Shady Oaks Drive<br>Virginia Beach, VA  23455-1628 | 1 | 40.00 | | 0.00 | | 0.00 | $40.00 |
| Sean Tully<br>42301 Guildhall Drive<br>Ashburn, VA  20148 | 1 | 40.00 | | 0.00 | | 0.00 | $40.00 |
| Michelle Montpetit<br>2212 Willow Oak Circle, Apt. 204<br>Virginia Beach, VA  23451 | 1 | 40.00 | | 0.00 | | 0.00 | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $120.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# C<small>APITOL</small> P<small>ROCESS</small> S<small>ERVICES</small>, I<small>NC</small>.

1827 18th Street, NW, Washington, DC 20009     Phone 202 667-0050  --  FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 07/19/2020**
Invoice Date: 6/19/2020
Invoice #: 1578479
Job#: 1578479
Client File#: 326756.437645

Linda U. Okoukoni, Esquire
Jackson Lewis PC
10701 Parkridge Boulevard, Suite 300
Reston, Virginia 20191

**TOTAL INVOICE AMOUNT DUE**

$250.00

- - - - - - -                                                                                                        - - - - - - -

**Job #:** 1578479   **Client Matter #:** 326756.437645   **Recipient:** Kristen Tischler, 3974 Shady Oaks Drive, Virginia Beach, Virginia 23455-1628   **Date Received:** 6/9/2020   **Completed:** 6/10/2020
**Plaintiff:** Allison Tully
**Defendant:** Cassaday & Company, Inc.
**Civil Action No.** 1:19-cv-01154-LO-JFA

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $250.00 |

**TOTAL INVOICE AMOUNT DUE:**                                                                     $250.00



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN:  52-2283731

# C<small>APITOL</small> P<small>ROCESS</small> S<small>ERVICES</small>, I<small>NC</small>.

1827 18th Street, NW, Washington, DC 20009                                    Phone 202 667-0050  --  FAX 202 667-2520

tfelter@capitolprocess.com

**Due By: 07/19/2020**
Invoice Date: 6/19/2020
Invoice #: 1578499
Job#: 1578499
Client File#: 326756.437645

Linda U. Okoukoni, Esquire
Jackson Lewis PC
10701 Parkridge Boulevard, Suite 300
Reston, Virginia 20191

**TOTAL INVOICE AMOUNT DUE**

$160.00

- - - - - -                                                                                                                                                - - - - - -

**Job #:** 1578499   **Client Matter #:** 326756.437645
**Plaintiff:** Allison Tully
**Defendant:** Cassaday & Company, Inc.
**Civil Action No.** 1:19-cv-01154-LO-JFA

**Recipient:**
Michelle Montpetit
920 Wake Towne Drive, Apartment 400,
Raleigh, North Carolina 27609

**Date Received:**
6/10/2020
**Completed:**
6/11/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Attempted Service of Process / Vacant Unit | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE (Discount) | 1 | $0.00 | $0.00 |
| | | **Job Total Due =** | $160.00 |

**TOTAL INVOICE AMOUNT DUE:**                                                                                                                       **$160.00**



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN: 52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009      Phone 202 667-0050  --  FAX 202 667-2520

tfelter@capitolprocess.com

**Due By: 07/18/2020**
Invoice Date: 6/18/2020
Invoice #: 1578594
Job#: 1578594
Client File#: 326756.437645

Linda U. Okoukoni, Esquire
Jackson Lewis PC
10701 Parkridge Boulevard, Suite 300
Reston, Virginia 20191

**TOTAL INVOICE AMOUNT DUE**

$150.00

- - - - - -                                                                       - - - - - -

**Job #:** 1578594   **Client Matter #:** 326756.437645
**Plaintiff:** Allison Tully
**Defendant:** Cassaday & Company, Inc.
**Civil Action No.** 1:19-cv-01154-LO-JFA

**Recipient:**
Sean Tully
42301 Guildhall Drive, Ashburn, Virginia 20148

**Date Received:** 6/15/2020
**Completed:** 6/17/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process | 1 | $100.00 | $100.00 |
|  |  | **Job Total Due =** | $150.00 |

**TOTAL INVOICE AMOUNT DUE:**                                                 **$150.00**



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN: 52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009                                Phone 202 667-0050  --  FAX 202 667-2520

tfelter@capitolprocess.com

**Due By: 07/30/2020**

Invoice Date: 6/30/2020

Invoice #: 1578677

Linda U. Okoukoni, Esquire  
Jackson Lewis PC  
10701 Parkridge Boulevard, Suite 300  
Reston, Virginia 20191

Job#: 1578677

Client File#: 326756.437645

**TOTAL INVOICE AMOUNT DUE**

$300.00

- - - - - -                                                                                                                                                - - - - - -

**Job #:** 1578677   **Client Matter #:** 326756.437645

**Plaintiff:** Allison Tully  
**Defendant:** Cassaday & Company, Inc.  
**Civil Action No.** 1:19-cv-01154-LO-JFA

**Recipient:**  
Michelle Montpetit  
2212 Willow Oak Circle, Apartment 204,  
Virginia Beach, Virginia 23451

**Date Received:** 6/19/2020  
**Completed:** 6/19/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $300.00 |

**TOTAL INVOICE AMOUNT DUE:**                                                                                                   $300.00



**Terms:** Thank you for your business. Please provide the invoice number on your check.  
FEIN: 52-2283731

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 336594 | 7/1/2020 | 302565 |
| **Job Date** | **Case No.** | |
| 6/15/2020 | 1:19-CV-01154-LO-JFA | |
| **Case Name** | | |
| Allison Tully -v- Cassaday & Company, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

```
TRANSCRIPT WITH INDEX OF:
   Chris Forney - LEF                              70.00  Pages          209.30
      Hard Copy Transcript                         70.00  Pages            7.00
      Exhibits                                      3.00  Pages            1.20
      LEF File                                                            95.00
      Shipping & Handling                                                 30.00
                                            TOTAL DUE  >>>              $342.50
                                            AFTER 7/31/2020  PAY        $359.63
```

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

| | | |
|---|---|---|
| Invoice No. | : | 336594 |
| Invoice Date | : | 7/1/2020 |
| **Total Due** | : | **$342.50** |
| AFTER 7/31/2020  PAY  $359.63 | | |

| | | |
|---|---|---|
| Job No. | : | 302565 |
| BU ID | : | 01-DMV-R |
| Case No. | : | 1:19-CV-01154-LO-JFA |
| Case Name | : | Allison Tully -v- Cassaday & Company, Inc. |

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD  21264-9136**

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 336976 | 7/2/2020 | 302912 |
| Job Date | Case No. ||
| 6/16/2020 | 1:19-CV-01154-LO-JFA ||
| Case Name |||
| Allison Tully -v- Cassaday & Company, Inc. |||
| Payment Terms |||
| Due upon receipt |||

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Allison Tully - LEF | 314.00 | Pages | 1,208.90 |
|     Hard Copy Transcript | 314.00 | Pages | 31.40 |
|     OCR'd Exhibits | 134.00 | Pages | 20.10 |
|     LEF File | | | 95.00 |
|     Shipping & Handling | | | 30.00 |
| **TOTAL DUE  >>>** | | | **$1,385.40** |
| AFTER 8/1/2020  PAY | | | $1,454.67 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

Invoice No.      :   336976
Invoice Date     :   7/2/2020
**Total Due**    :   **$1,385.40**

AFTER 8/1/2020  PAY  $1,454.67

Job No.          :   302912
BU ID            :   01-DMV-R
Case No.         :   1:19-CV-01154-LO-JFA
Case Name        :   Allison Tully -v- Cassaday & Company, Inc.

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD  21264-9136**

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 337432 | 7/14/2020 | 302571 |
| Job Date | Case No. | |
| 6/18/2020 | 1:19-CV-01154-LO-JFA | |
| Case Name | | |
| Allison Tully -v- Cassaday & Company, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

TRANSCRIPT WITH INDEX OF:
   Mike Fiorese - LEF     67.00 Pages     200.33
      Hard Copy Transcript     67.00 Pages     6.70
TRANSCRIPT WITH INDEX OF:
   Linda Stewart - LEF     132.00 Pages     394.68
      Hard Copy Transcript     132.00 Pages     13.20
      Exhibits     34.00 Pages     13.60
      LEF File     2.00 Files     190.00
      Shipping & Handling     30.00

**TOTAL DUE  >>>**     **$848.51**
AFTER 8/13/2020  PAY     $890.94

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

Invoice No.   :   337432
Invoice Date   :   7/14/2020
**Total Due**   :   **$848.51**

AFTER 8/13/2020  PAY  $890.94

Remit To:    **Planet Depos, LLC**
                **P.O. BOX 69136**
                **Baltimore, MD  21264-9136**

Job No.   :   302571
BU ID   :   01-DMV-R
Case No.   :   1:19-CV-01154-LO-JFA
Case Name   :   Allison Tully -v- Cassaday & Company, Inc.

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 337567 | 7/2/2020 | 302913 |
| **Job Date** | **Case No.** | |
| 6/16/2020 | 1:19-CV-01154-LO-JFA | |
| **Case Name** | | |
| Allison Tully -v- Cassaday & Company, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

VIDEOCONFERENCING SERVICES:

    MVC - Allison Tully

| | | | |
|---|---|---|---|
|         Mobile Videoconference - 2 Hour Minimum | | | 295.00 |
|         Mobile Videoconference Hourly Fee | 5.50 | Hours | 544.50 |
|         Mobile Videoconference Hourly Fee - Premium | 0.50 | Hours | 75.00 |

**TOTAL DUE  >>>**               **$914.50**
AFTER 8/1/2020  PAY               $960.23

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

Invoice No.     :   337567
Invoice Date    :   7/2/2020
**Total Due**       :   **$914.50**

AFTER 8/1/2020  PAY  $960.23

Remit To:  **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD  21264-9136**

Job No.      :   302913
BU ID        :   28-MVC
Case No.     :   1:19-CV-01154-LO-JFA
Case Name    :   Allison Tully -v- Cassaday & Company, Inc.

# I N V O I C E



| | Invoice No. | Invoice Date | Job No. |
|---|---|---|---|
| | 339107 | 7/27/2020 | 302575 |
| | Job Date | Case No. | |
| | 6/30/2020 | 1:19-CV-01154-LO-JFA | |
| | Case Name | | |
| | Allison Tully -v- Cassaday & Company, Inc. | | |
| | Payment Terms | | |
| | Due upon receipt | | |

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
|    Allison Felix, Individually - LEF | 52.00 | Pages | 155.48 |
|       Hard Copy Transcript | 52.00 | Pages | 5.20 |
| TRANSCRIPT WITH INDEX OF: | | | |
|    Allison Felix, Corporate Designee - LEF | 184.00 | Pages | 550.16 |
|       Hard Copy Transcript | 184.00 | Pages | 18.40 |
|       Exhibits | 53.00 | Pages | 21.20 |
|       LEF File | 2.00 | Files | 190.00 |
|       Shipping & Handling | | | 30.00 |
| | **TOTAL DUE  >>>** | | **$970.44** |
| | AFTER 8/26/2020  PAY | | $1,018.96 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289            Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

| Invoice No. | : | 339107 |
|---|---|---|
| Invoice Date | : | 7/27/2020 |
| **Total Due** | : | **$970.44** |
| AFTER 8/26/2020  PAY  $1,018.96 | | |

| Job No. | : | 302575 |
|---|---|---|
| BU ID | : | 01-DMV-R |
| Case No. | : | 1:19-CV-01154-LO-JFA |
| Case Name | : | Allison Tully -v- Cassaday & Company, Inc. |

Remit To:  **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD  21264-9136**

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 339115 | 7/27/2020 | 302583 |
| **Job Date** | **Case No.** | |
| 6/29/2020 | 1:19-CV-01154-LO-JFA | |

| Case Name |
|---|
| Allison Tully -v- Cassaday & Company, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

TRANSCRIPT WITH INDEX OF:

| | | | | |
|---|---|---|---|---|
| Stephan Cassaday, Corporate Designee - LEF | 271.00 | Pages | | 810.29 |
| Hard Copy Transcript | 271.00 | Pages | | 27.10 |
| Exhibits | 36.00 | Pages | | 14.40 |
| LEF File | | | | 95.00 |
| Shipping & Handling | | | | 30.00 |
| | | **TOTAL DUE  >>>** | | **$976.79** |
| | | AFTER 8/26/2020  PAY | | $1,025.63 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289           Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Joseph E. Schuler, Esquire
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA  20191

| | | |
|---|---|---|
| Invoice No. | : | 339115 |
| Invoice Date | : | 7/27/2020 |
| **Total Due** | : | **$976.79** |
| AFTER 8/26/2020  PAY | | $1,025.63 |

| | | |
|---|---|---|
| Job No. | : | 302583 |
| BU ID | : | 01-DMV-R |
| Case No. | : | 1:19-CV-01154-LO-JFA |
| Case Name | : | Allison Tully -v- Cassaday & Company, Inc. |

Remit To:   **Planet Depos, LLC**
            **P.O. BOX 69136**
            **Baltimore, MD  21264-9136**

**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** | Linda Okoukoni Esq.<br>Jackson Lewis PC<br>10701 Parkridge Boulevard<br>Suite 300<br>Reston, VA, 20191 | **Invoice #:** CS4408078<br>**Invoice Date:** 7/16/2020<br>**Balance Due:** $295.00 |

| | | | |
|---|---|---|---|
| **Case:** | Tully, Allison v. Cassaday & Company, Inc. | **Third Party:** | Misc. 3rd Pty |
| **Job #:** | 4150152 \| Job Date: 7/8/2020 \| Delivery: Normal | **Claim/matter #:** | 326756.437645 |
| **Case #:** | 1:19cv01154LOJFA | | |
| **Billing Atty:** | Linda Okoukoni Esq. | | |
| **Location:** | Remote Proceeding - DC | | |
| | Virtual Zoom<br>Washington, DC 20005 | | |
| **Sched Atty:** | Linda Okoukoni Esq. \| Jackson Lewis PC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Sean Tully | Veritext Virtual Primary Participants | 1 | 1.00 | $295.00 | $295.00 |
| | Veritext Virtual Set-up | 1 | 1.00 | $0.00 | $0.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $295.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $295.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

53379

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS4408078 |
| **Job #:** | 4150152 |
| **Invoice Date:** | 7/16/2020 |
| **Balance:** | $295.00 |

**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---|
| **Bill To:** | Linda Okoukoni Esq.<br>Jackson Lewis PC<br>10701 Parkridge Boulevard<br>Suite 300<br>Reston, VA, 20191 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS4433253<br>7/17/2020<br>$511.60 |

| | | | |
|---|---|---|---|
| **Case:** | Tully, Allison v. Cassaday & Company, Inc. | **Third Party:** | Misc. 3rd Pty |
| **Job #:** | 4142612 \| Job Date: 7/1/2020 \| Delivery: Normal | **Claim/matter #:** | 326756.437645 |
| **Case #:** | 1:19cv01154LOJFA | | |
| **Billing Atty:** | Linda Okoukoni Esq. | | |
| **Location:** | Remote Proceeding - VA | | |
| | Virtual Zoom<br>Richmond, VA 23236 | | |
| **Sched Atty:** | Linda Okoukoni Esq. \| Jackson Lewis PC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Kristen Tischler | Original with 1 Certified Transcript | Page | 70.00 | $269.50 |
| | Attendance Fee - Per Session | 1 | 1.00 | $75.00 |
| | Exhibits | Per Page | 19.00 | $7.60 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $48.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $35.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $48.50 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $511.60 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $511.60 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

53379

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS4433253 |
| **Job #:** | 4142612 |
| **Invoice Date:** | 7/17/2020 |
| **Balance:** | $511.60 |

**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---|
| **Bill To:** | Joseph Schuler<br>Jackson Lewis PC<br>10701 Parkridge Boulevard<br>Suite 300<br>Reston, VA, 20191 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS4438651<br>7/21/2020<br>$400.85 |

| | | | |
|---|---|---|---|
| **Case:** | Tully, Allison v. Cassaday & Company, Inc. | **Third Party:** | Misc. 3rd Pty |
| **Job #:** | 4142442 \| Job Date: 7/6/2020 \| Delivery: Normal | **Claim/matter #:** | 326756.437645 |
| **Case #:** | 1:19cv01154LOJFA | | |
| **Billing Atty:** | Joseph Schuler | | |
| **Location:** | Remote Proceeding - VA<br>Virtual Zoom<br>Richmond, VA 23236 | | |
| **Sched Atty:** | Joseph Schuler \| Jackson Lewis PC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Michelle Montpetit | Original with 1 Certified Transcript | Page | 43.00 | $165.55 |
| | Attendance Fee - Per Session | 1 | 1.00 | $75.00 |
| | Exhibits | Per Page | 2.00 | $0.80 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $48.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $35.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $48.50 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $400.85 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $400.85 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

53379

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS4438651 |
| **Job #:** | 4142442 |
| **Invoice Date:** | 7/21/2020 |
| **Balance:** | $400.85 |

**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| **Bill To:** | Linda Okoukoni Esq.<br>Jackson Lewis PC<br>10701 Parkridge Boulevard<br>Suite 300<br>Reston, VA, 20191 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS4442036<br>7/24/2020<br>$426.00 |
|---|---|---|---|---|

| **Case:** | Tully, Allison v. Cassaday & Company, Inc. | **Third Party:** | Misc. 3rd Pty |
|---|---|---|---|
| **Job #:** | 4150152 | Job Date: 7/8/2020 | Delivery: Normal | **Claim/matter #:** | 326756.437645 |
| **Case #:** | 1:19cv01154LOJFA | | |
| **Billing Atty:** | Linda Okoukoni Esq. | | |
| **Location:** | Remote Proceeding - DC | | |
| | Virtual Zoom<br>Washington, DC 20005 | | |
| **Sched Atty:** | Linda Okoukoni Esq. | Jackson Lewis PC | | |

| **Witness** | **Description** | **Units** | **Quantity** | **Amount** |
|---|---|---|---|---|
| Sean Tully | Original with 1 Certified Transcript | Page | 47.00 | $235.00 |
| | Attendance Fee - Per Session | 1 | 1.00 | $115.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $48.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $426.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $426.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS4442036 |
|---|---|
| **Job #:** | 4150152 |
| **Invoice Date:** | 7/24/2020 |
| **Balance:** | $426.00 |

53379